IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-10-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| JARED WILLIAM EISINGER, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 95). Having reviewed said motion, the Court FINDS:

1.  The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.  A Preliminary Order of Forfeiture was entered on September 13, 2021 (Doc. 71);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 95) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Uberti, model Cattleman 1873, .38 caliber revolver (SN: U68639);

- Smith & Wesson, model M&P 357, .357 caliber pistol (SN: MPZ0009);

- One Privately Made Firearm (PMF) based on a 1911 style frame with a Rock Island Armory slide and chambered in .45 caliber (SN: None);

- Fourteen (14) rounds of .357 caliber ammunition;

- Twenty Two (22) rounds of .45 caliber ammunition;

- Ruger, Model American, .22-250 caliber rifle (SN: 697-39419); and

- One unregistered, homemade Silencer.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this __1st__ day of ~~January~~ February, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge